914

No. 80–235. CRENSHAW v. BLANTON, GOVERNOR OF TENNESSEE, ET AL. Appeal from Ct. App. Tenn. dismissed for want of properly presented federal question.

No. 80–5173. CLAY, ADMINISTRATOR v. HALL ET AL. Appeal from Ct. App. Tenn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–5272. BROWN v. KANSAS WORKMEN'S COMPENSATION FUND. Appeal from Sup. Ct. Kan. dismissed for want of substantial federal question. JUSTICE STEWART took no part in the consideration or decision of this case.

No. 79–1970. CICCONE v. TEXTRON, INC. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Mohasco Corp. v. Silver, 447 U. S. 807 (1980).

No. 79–1998. CALIFORNIA v. TERESINSKI. Sup. Ct. Cal. Motion of respondent for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of United States v. Crews, 445 U. S. 463 (1980).

No. 80–208. EWALD v. GREAT ATLANTIC & PACIFIC TEA Co., INC. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Mohasco Corp. v. Silver, 447 U. S. 807 (1980).